

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00174-CV

**LUMINANT GENERATION COMPANY LLC,**

**Appellant**

v.

**SOMERVELL CENTRAL APPRAISAL DISTRICT,**

**Appellee**

### From the 18th District Court
### Somervell County, Texas
### Trial Court No. C10412

## MEMORANDUM  OPINION

Appellant Luminant Generation Company LLC and Appellee Somervell Central Appraisal District have filed a "Joint Emergency Motion to Vacate Judgment and Remand." *See* TEX. R. APP. P. 42.1(a)(2)(B). The parties state that they have "reached an agreement to settle the underlying case and all claims and disputes involved in this litigation." The parties therefore request that we vacate the trial court's judgment and remand this case to the trial court for rendition of judgment in accordance with their

agreement. The parties have also agreed to the early issuance of the mandate. *See* TEX. R. APP. P. 18.1(c).

The parties' motion is granted. We set aside the trial court's judgment without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement. The Clerk's Office is directed to issue the mandate concurrently with the rendering of the judgment in this appeal.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; remanded
Opinion delivered and filed October 26, 2016
[CV06]

